IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ATLAS GLOBAL TECHNOLOGIES LLC<br><br>Plaintiff,<br><br>v.<br><br>SERCOMM CORPORATION,<br><br>Defendant. | Civil Action No. 6:21-cv-00818-ADA<br><br>Jury Trial Requested |

**ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON DEFENDANT'S COUNTERCLAIMS AND DUPLICATIVE DEFENSES**

Before the Court is Plaintiff's Motion for Summary Judgment on Defendant's Counterclaims and Duplicative Defenses (the "Motion"). Having considered the Motion, relevant evidence, and the applicable law, **IT IS HEREBY ORDERED THAT** the Motion is **GRANTED**.

Date: _____, 2023                    _____

The Honorable Alan D. Albright
United States District Court Judge

1